1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tele: 562-437-4301
4  Fax: 562-437-4341

5

6  Attorneys for Plaintiff
   MAERSK LINE
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

                                    SACV11-00188 JVS (RNBx)
12 MAERSK LINE,              ) Case No.
13                           )
                  Plaintiff, ) IN ADMIRALTY
14                           )
15 vs.                       ) COMPLAINT FOR MONEY DUE
                             ) UNDER TARIFF, INTENTIONAL
16                           ) INTERFERENCE WITH CONTRACT,
17 TRIAX TRADING & LOGISTICS, LLC ) UNJUST ENRICHMENT, ACCOUNT
                             ) STATED
18              Defendants.  )
19 _____)

20

21 Maersk Line alleges that:

22

23 ///
24 ///
25 ///
26 ///

1

**FIRST COUNT**

**(For Money due Under Tariff)**

1. This Court has jurisdiction under 28 U.S.C. §§1331 and 1333. This matter arises under the laws of the United States, in particular, The Shipping Act of 1984, (as amended) 46 U.S.C. §§40101 et seq. (hereinafter "The Act"), and involves contract(s) within the jurisdiction or claims pendent or ancillary to the same. This is an admiralty and maritime claim.

2. Maersk Line (hereinafter "Plaintiff") is a common carrier by water, *inter alia*, in the interstate and foreign commerce of the United States as defined in The Act and was such a common carrier for the benefit of Triax Trading & Logistics, LLC ("Defendant").

3. Defendants, and each of them, are, and were at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued. Each defendant is believed to be the agent or alter-ego of each remaining defendant.

4. Venue is proper in this judicial district because it is where the claim arose and/or because defendant(s) resides or does business in the district and/or defendant(s) are aliens.

5. Plaintiff has filed a schedule of its rates and charges and service contracts for the carriage of cargo, wharfage and dockage with the Federal Maritime Commission or has otherwise maintained said rates and charges pursuant to The Act. Pursuant to The Act, plaintiff is prohibited from transporting cargo for a lesser rate than that specified in its tariffs or service contracts. The Act also prohibits defendant from obtaining transportation or attempting to obtain transportation of cargo at lesser rates.

6. Plaintiff transported cargo for the benefit of defendant in the course and scope of defendant's NVOCC/Freight Forwarding operations during 2010 in the foreign commerce of the United States. Such transportation and services provided are evidenced by plaintiff's service contracts, bills of lading and/or freight bills, invoices, credit agreements

and freight guarantees, the terms of which are incorporated herein through this reference. Plaintiff has fully performed its tariff obligations. A summary of said bills of lading is attached as Exhibit "A".

7. Plaintiff has demanded that defendant pay the full amount due of $492,724.50.

8. Defendant has knowingly and willfully failed and refused to pay plaintiff the full amount due.

9. Consequently, defendant is liable to plaintiff in the amount of $492,724.50, plus reasonable attorneys' fees and interest thereon.

## SECOND COUNT
### (For Intentional Interference With Contractual Relations)

10. Plaintiff refers to paragraphs 1 through 9 of this complaint and incorporates them herein by this reference.

11. There existed contracts of affreightment between plaintiff and third parties as identified by the bills of lading summarized in Exhibit A hereto.

12. Defendant knew of said contracts since defendant procured said contracts on behalf of said third parties in its capacity as freight forwarder.

13. Defendant intended to disrupt the third parties' performance of the contract and defendant's conduct prevented the third parties performance or made the third parties performance more expensive or difficult. Specifically, upon information and belief, said third parties paid freight charges to Defendant and defendant in turn was to pay Plaintiff for freight charges incurred. After due demand, defendant has failed to remit the freight charges listed in Exhibit A in the amount of $492,724.50.

## THIRD COUNT
### (For Unjust Enrichment)

14. Plaintiff refers to paragraphs 1 through 13 of this complaint and incorporates them herein by this reference.

15. Defendant received the benefit of funds that were meant to be sent to Plaintiff for freight charges incurred.

3

16. Defendant has unjustly retained the benefit of these funds at the expense of the third parties and Plaintiff in the amount of $492,724.50.

## FOURTH COUNT

### (For Account Stated)

17. Plaintiff refers to paragraphs 1 through 16 of this complaint and incorporates them herein by this reference.

18. Within the last four (4) years, an account was stated in writing as described by Exhibit A by and between plaintiff and defendant wherein it was agreed that defendant was indebted to plaintiff.

19. Despite due demand, the sum of $492,724.50 is now due, owing and unpaid on said account stated.

20. WHEREFORE, plaintiff prays for judgment against Triax Trading & Logistics, LLC as follows:

1. For judgment in the amount of $492,724.50;
2. For the costs of collection, according to proof;
3. For costs of suit incurred herein, according to proof;
4. For pre-judgment and post-judgment interest;
5. For reasonable attorneys' fees; and
6. For such other and further relief as the Court deems just and proper.

Dated: February 2, 2011

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
MAERSK LINE

| | Doc..Date | inv number | b/l number | Amount | amt paid | bal |
|---|---|---|---|---|---|---|
| Moorim USA | 08/26/2010 | 5243247745 | 551940810 | $1,768.00 | | |
| Moorim USA | 07/25/2009 | 1900036918 | 857913201 | $2,906.00 | | |
| Moorim USA | 12/10/2010 | 5243691892 | 861177011 | $1,418.00 | | |
| Moorim USA | 03/11/2010 | 5242632833 | 550757023 | $3,203.00 | | |
| Moorim USA | 04/15/2010 | 5242756456 | 550988160 | $3,203.00 | | |
| Moorim USA | 10/27/2010 | 5243528137 | 552510273 | $4,074.00 | | |
| Moorim USA | 11/30/2010 | 5243650249 | 552573759 | $1,533.13 | | |
| Moorim USA | 01/19/2010 | 5242454614 | 859176029 | $165.00 | | |
| Moorim USA | 04/06/2010 | 5242718679 | 859479549 | $19,218.00 | | |
| Moorim USA | 03/24/2010 | 5242674341 | 859486883 | $7,584.00 | | |
| Moorim USA | 04/02/2010 | 5242708743 | 859501194 | $2,006.00 | | |
| Moorim USA | 03/17/2010 | 5242653365 | 859509410 | $1,003.00 | | |
| Moorim USA | 04/06/2010 | 5242718678 | 859533980 | $3,203.00 | | |
| Moorim USA | 09/30/2010 | 5243412747 | 859548890 | $4,074.00 | | |
| Moorim USA | 09/14/2010 | 5243312645 | 859559942 | $4,074.00 | | |
| Moorim USA | 04/02/2010 | 5242707900 | 859580374 | $7,021.00 | | |
| Moorim USA | 09/16/2010 | 5243324712 | 859586102 | $3,511.00 | | |
| Moorim USA | 10/18/2010 | 5243479129 | 859598373 | $3,321.00 | | |
| Moorim USA | 09/16/2010 | 5243324711 | 859600056 | $3,711.00 | | |
| Moorim USA | 11/12/2010 | 3410950063 | 859600971 | ($1,468.00) | | |
| Moorim USA | 08/26/2010 | 5243247684 | 859600971 | $1,868.00 | | |
| Moorim USA | 09/23/2010 | 5243359459 | 859640667 | $1,868.00 | | |
| Moorim USA | 09/22/2010 | 5243350212 | 859643764 | $12,172.00 | | |
| Moorim USA | 09/16/2010 | 5243323892 | 859705647 | $1,868.00 | | |
| Moorim USA | 09/23/2010 | 5243359463 | 859705653 | $6,677.00 | | |
| Moorim USA | 09/30/2010 | 5243410562 | 859705658 | $4,074.00 | | |
| Moorim USA | 09/23/2010 | 5243359818 | 859728983 | $1,868.00 | | |
| Moorim USA | 09/23/2010 | 5243359816 | 859733272 | $3,351.00 | | |
| Moorim USA | 09/30/2010 | 5243414756 | 859760615 | $1,868.00 | | |
| Moorim USA | 10/06/2010 | 5243442562 | 859766486 | $1,768.00 | | |
| Moorim USA | 09/30/2010 | 5243414362 | 859791024 | $3,351.00 | | |
| Moorim USA | 04/02/2010 | 5242707764 | 860002790 | $1,003.00 | | |
| Moorim USA | 03/30/2010 | 5242695568 | 860006752 | $6,406.00 | | |
| Moorim USA | 03/24/2010 | 5242674302 | 860008858 | $2,353.00 | | |
| Moorim USA | 03/31/2010 | 5242700637 | 860021306 | $7,059.00 | | |
| Moorim USA | 03/24/2010 | 5242674505 | 860048771 | $1,003.00 | | |
| Moorim USA | 04/07/2010 | 5242723948 | 860054176 | $2,353.00 | | |
| Moorim USA | 04/09/2010 | 5242732664 | 860054180 | $3,203.00 | | |
| Moorim USA | 04/28/2010 | 5242801209 | 860060469 | $14,118.00 | | |
| Moorim USA | 04/02/2010 | 5242709105 | 860080420 | $1,003.00 | | |
| Moorim USA | 03/27/2010 | 5242685221 | 860082542 | $1,003.00 | | |
| Moorim USA | 03/27/2010 | 5242685114 | 860105734 | $1,003.00 | | |
| Moorim USA | 04/07/2010 | 5242724083 | 860110567 | $6,018.00 | | |
| Moorim USA | 04/08/2010 | 5242728837 | 860110590 | $2,528.00 | | |

**Exhibit A   Page 5**

| Moorim USA | 04/07/2010 | 5242724084 | 860122685 | $1,003.00 |
| --- | --- | --- | --- | --- |
| Moorim USA | 04/05/2010 | 5242715868 | 860124251 | $1,003.00 |
| Moorim USA | 04/02/2010 | 5242708744 | 860124269 | $3,009.00 |
| Moorim USA | 04/21/2010 | 5242771985 | 860127818 | $10,112.00 |
| Moorim USA | 04/14/2010 | 5242750628 | 860127836 | $3,009.00 |
| Moorim USA | 04/27/2010 | 5242794804 | 860131882 | $16,015.00 |
| Moorim USA | 04/02/2010 | 5242708742 | 860133205 | $1,003.00 |
| Moorim USA | 04/06/2010 | 5242723176 | 860142096 | $1,003.00 |
| Moorim USA | 04/02/2010 | 5242708746 | 860156232 | $2,006.00 |
| Moorim USA | 04/05/2010 | 5242715863 | 860173531 | $1,003.00 |
| Moorim USA | 04/21/2010 | 5242772315 | 860182495 | $1,003.00 |
| Moorim USA | 04/28/2010 | 5242801212 | 860186257 | $3,009.00 |
| Moorim USA | 04/14/2010 | 5242750619 | 860189543 | $2,528.00 |
| Moorim USA | 04/14/2010 | 5242751601 | 860189599 | $1,003.00 |
| Moorim USA | 04/22/2010 | 5242779344 | 860192373 | $2,353.00 |
| Moorim USA | 04/28/2010 | 5242801185 | 860198680 | $1,003.00 |
| Moorim USA | 04/28/2010 | 5242801211 | 860198685 | $1,003.00 |
| Moorim USA | 04/14/2010 | 5242750700 | 860201088 | $1,003.00 |
| Moorim USA | 04/28/2010 | 5242801708 | 860201094 | $1,003.00 |
| Moorim USA | 04/28/2010 | 5242801374 | 860215163 | $1,003.00 |
| Moorim USA | 04/28/2010 | 5242801371 | 860227380 | $3,009.00 |
| Moorim USA | 04/21/2010 | 5242771978 | 860230114 | $1,003.00 |
| Moorim USA | 05/04/2010 | 5242818452 | 860230159 | $3,203.00 |
| Moorim USA | 04/21/2010 | 5242771979 | 860239068 | $1,003.00 |
| Moorim USA | 05/05/2010 | 5242823051 | 860250776 | $2,006.00 |
| Moorim USA | 05/05/2010 | 5242823109 | 860250829 | $1,003.00 |
| Moorim USA | 05/05/2010 | 5242823398 | 860250852 | $2,528.00 |
| Moorim USA | 04/28/2010 | 5242801372 | 860254494 | $2,528.00 |
| Moorim USA | 05/23/2010 | 5242883546 | 860264871 | $4,048.45 |
| Moorim USA | 04/28/2010 | 5242801373 | 860266425 | $1,003.00 |
| Moorim USA | 05/07/2010 | 5242831557 | 860301720 | $2,353.00 |
| Moorim USA | 05/21/2010 | 5242878821 | 860336890 | $3,966.00 |
| Moorim USA | 05/14/2010 | 5242855170 | 860338385 | $1,003.00 |
| Moorim USA | 05/13/2010 | 5242853448 | 860338425 | $1,003.00 |
| Moorim USA | 05/22/2010 | 5242882159 | 860339090 | $1,003.00 |
| Moorim USA | 05/22/2010 | 5242882160 | 860339091 | $2,528.00 |
| Moorim USA | 06/29/2010 | 5243025416 | 860389364 | $6,406.00 |
| Moorim USA | 06/18/2010 | 5242989529 | 860583709 | $122.79 |
| Moorim USA | 07/28/2010 | 5243136540 | 860611137 | $1,448.00 |
| Moorim USA | 10/05/2010 | 3410812081 | 860615959 | ($2,974.00) |
| Moorim USA | 07/20/2010 | 5243100885 | 860615959 | $4,224.00 |
| Moorim USA | 10/05/2010 | 3410812079 | 860630299 | ($6,783.00) |
| Moorim USA | 07/27/2010 | 5243131061 | 860630299 | $7,283.00 |
| Moorim USA | 08/05/2010 | 5243172225 | 860630299 | $500.00 |
| Moorim USA | 10/05/2010 | 3410812082 | 860676188 | ($1,018.00) |
| Moorim USA | 07/10/2010 | 5243066084 | 860676188 | $1,768.00 |
| Moorim USA | 09/07/2010 | 5243287695 | 860729817 | $17,101.00 |

**Exhibit A   Page 6**

| Customer | Date | Invoice | Ref | Amount |
|---|---|---|---|---|
| Moorim USA | 09/16/2010 | 5243330347 | 860797322 | $3,191.00 |
| Moorim USA | 09/16/2010 | 5243323854 | 860839710 | $1,868.00 |
| Moorim USA | 11/17/2010 | 5243601602 | 860924292 | $5,989.00 |
| Moorim USA | 11/10/2010 | 5243573199 | 860936188 | $3,001.00 |
| Moorim USA | 11/24/2010 | 5243626982 | 860943622 | $7,863.00 |
| Moorim USA | 11/30/2010 | 5243650246 | 861007581 | $2,435.87 |
| Moorim USA | 11/17/2010 | 5243602261 | 861023982 | $1,738.00 |
| Moorim USA | 11/26/2010 | 5243639810 | 861034572 | $6,297.00 |
| Moorim USA | 11/17/2010 | 5243602265 | 861056398 | $3,161.00 |
| Moorim USA | 11/21/2010 | 5243614749 | 861064600 | $1,418.00 |
| Moorim USA | 12/01/2010 | 5243654689 | 861071539 | $2,681.00 |
| Moorim USA | 12/01/2010 | 5243654681 | 861071926 | $2,683.58 |
| Moorim USA | 11/17/2010 | 5243602270 | 861080803 | $2,841.00 |
| Moorim USA | 11/26/2010 | 5243637905 | 861081966 | $2,841.00 |
| Moorim USA | 11/10/2010 | 5243581579 | 861086685 | $3,624.00 |
| Moorim USA | 11/10/2010 | 5243581575 | 861086734 | $1,418.00 |
| Moorim USA | 11/17/2010 | 5243602262 | 861108838 | $2,681.00 |
| Moorim USA | 11/10/2010 | 5243581576 | 861110578 | $1,418.00 |
| Moorim USA | 12/01/2010 | 5243654684 | 861116042 | $25.00 |
| Moorim USA | 12/01/2010 | 5243655105 | 861116042 | $1,393.00 |
| Moorim USA | 12/03/2010 | 5243662544 | 861116612 | $7,223.00 |
| Moorim USA | 12/14/2010 | 5243698099 | 861132756 | $10,822.00 |
| Moorim USA | 12/22/2010 | 3411094889 | 861138828 | ($27.00) |
| Moorim USA | 12/22/2010 | 3411094841 | 861148809 | ($921.32) |
| Moorim USA | 12/01/2010 | 5243655106 | 861176399 | $1,418.00 |
| Moorim USA | 12/08/2010 | 5243681415 | 861181796 | $5,657.00 |
| Moorim USA | 01/04/2011 | 5243766895 | 861201233 | $3,624.00 |
| Moorim USA | 01/07/2011 | 5243782485 | 861226174 | $3,624.00 |
| | | | | $370,646.50 |

| Doc..Date | Inv no. | by/line | amount | |
|---|---|---|---|---|
| 11/17/2010 | 5243602204 | 861040115 | $9,199.00 | Jin Rui Group c/o Triax Trading |
| 12/05/2010 | 5243666474 | 861043889 | $16,897.00 | Jin Rui Group c/o Triax Trading |
| 11/17/2010 | 5243602172 | 861064585 | $1,554.00 | Jin Rui Group c/o Triax Trading |
| 11/24/2010 | 5243627485 | 861090091 | $15,315.00 | Jin Rui Group c/o Triax Trading |
| 11/09/2010 | 5243566500 | 860937937 | $40,534.00 | Jin Rui Group, Inc c/o Triax |
| 11/15/2010 | 5243594238 | 860901883 | $12,970.00 | Jin Rui Group c/o Triax |
| | | | $96,469.00 | |

| Doc..Date | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | amount | |
|---|---|---|---|---|
| 03/24/2010 | 5242674698 | 860096371 | $17,051.00 | AMPT c/o Triax Trading |
| 11/17/2010 | 5243601207 | 860993660 | $1,313.00 | AMPT c/o Tiax |
| 04/15/2010 | 3410264760 | 859388096 | ($1,003.00) | AMPT c/o triax |
| 02/10/2010 | 5242530574 | 859388096 | $2,006.00 | AMPT c/o triax |
| | | | $19,367.00 | |

| doc date | b/l | amount | |
|---|---|---|---|
| 04/03/2010 | 860042347 | $3,958.00 | JP Atlanta c/o Triax |
| 05/17/2010 | 860191608 | $1,964.00 | JP Atlanta c/o Triax |
| 05/22/2010 | 860191608 | $320.00 | JP Atlanta c/o Triax |

$6,242.00

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV11- 188 JVS (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Stephen M. Uthoff Bar no. 145206
suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, CA 90802

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE<br><br>PLAINTIFF(S)<br><br>v.<br><br>TRIAX TRADING & LOGISTICS, LLC<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV11-00188 JVS (RNBx)<br><br>SUMMONS |

TO: DEFENDANT(S): TRIAX TRADING & LOGISTICS, LLC

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Stephen M Uthoff , whose address is 401 E. Ocean Blvd., Suite 710, Long Beach CA 90802 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB - 2 2011

By: CHRISTOPHER P_____
Deputy Clerk

(Seal of the Court)

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07) SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Maersk Line

**DEFENDANTS**
Triax Trading & Logistics, LLC

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
North Carolina

**County of Residence of First Listed Defendant** (In U.S. Plaintiff Cases Only):

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Stephen M. Uthoff, Bar No. 145206 The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, CA 90802
t. 562-437-4301 f. 562-437-4341

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ 492,724.50

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
46 USC 40101 et seq, 28 USC 1331, 1333 complaint for money due under tariff

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | | | | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☒ 120 Marine | ☐ 310 Airplane | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 875 Customer Challenge 12 USC 3410 | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: **SACV11-00188**

CV-71 (07/05)     CIVIL COVER SHEET     Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

North Carolina

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Orange

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Orange

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date   February 2, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |